IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:10CR310 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SANDRA KIDD-PASCO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 40).

The Defendant requests continuation of sentencing from February 7, 2011, for 120 days to allow her to complete the program described in her motion. The motion is denied. However, the Court advises the Defendant that, assuming she continues to perform well on pretrial release, she may be allowed to self surrender.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 40) is denied.

DATED this 16th day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge